UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES GUIDRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIV NO. 03:06-cv-513 |
| v. | § | |
| | § | |
| FAIRWAYS OFFSHORE | § | |
| EXPLORATION, INC.; GRASSO | § | |
| ENTERPRISES, INC.; and DeLEON & | § | |
| ASSOCIATES, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has been informed that the Plaintiff to this lawsuit, Charles Guidry, has reached a settlement with two of the Defendants: Fairways Offshore Exploration, Inc. and Grasso Enterprises, Inc. Defendant DeLeon & Associates, L.L.C.'s Motion to Compel the Deposition of Homero Gracia (Doc. No. 119) is therefore **DISMISSED AS MOOT**.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 30th day of September, 2008.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1